JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSITA VALLEJO and SALVADOR SIFUENTES,**<br><br>      Plaintiffs,<br>v.<br><br>**MERCEDES-BENZ USA, LLC, a Delaware Corporation; and DOES 1 through 10, inclusive,**<br><br>      Defendants. | Case No.: 2:24-cv-128 RGK-PVCx<br><br>[~~PROPOSED~~] ORDER REMANDING   [21] |

On January 30, 2024, the Parties to the above-referenced action filed a Stipulation to Remand Action to State Court. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:24-cv-128 RGK-PVCx styled **ROSITA VALLEJO and SALVADOR SIFUENTES,** v. **MERCEDES-BENZ USA, LLC,** is hereby remanded to the Los Angeles County Superior Court, Case No. 23STCV29585

IT IS SO ORDERED.

Dated: 2/7/2023

_____
The Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE

- 1 -
_____
[~~PROPOSED~~] ORDER

DRAKE LAW FIRM
19935 Ventura Blvd., Suite 202
Woodland Hills, CA 91364
Tel.: (888) 315-5721